**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-00011-LTB-MEH

MACARIO GOMEZ,

    Plaintiff,

v.

UNITED TRANZACTIONS, LLC, a Florida limited liability company,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 5 - filed March 18, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   March 19, 2013